IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:20-cv-00988-DKC |
| THE DOW CHEMICAL COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

The deadlines set forth in the Court's Scheduling Order (ECF No. 31) are amended as follows:

| | |
|---|---|
| May 7, 2021: | Fact discovery deadline; Plaintiff's Rule 26(a)(2) disclosures |
| June 7, 2021: | Defendants' Rule 26(a)(2) disclosures |
| June 21, 2021: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| June 28, 2021: | Rule 26(e)(2) supplementation of disclosures and responses due |
| July 21, 2021: | Expert discovery deadline; submission of status report |
| August 4, 2021: | Requests for admission |
| August 20, 2021: | Dispositive pretrial motions deadline |

To the extent not expressly modified in this Amended Scheduling Order, all provisions of the Court's Scheduling Order remain in full force and effect.

Date: February 9, 2021            /s/
                                  Deborah K. Chasanow
                                  United States District Judge

4826-3769-7755.1