IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY HARRIS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:20-cv-00988-DKC |
| THE DOW CHEMICAL COMPANY, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENT TO THE DOW CHEMICAL COMPANY'S LOCAL RULE 104.7 CERTIFICATE IN SUPPORT OF MOTION TO COMPEL

The Dow Chemical Company ("TDCC"), by its undersigned attorney, supplements its Local Rule 104.7 as follows:

1. TDCC submitted its attorneys Local Rule 104.7 Certificate on April 12, 2021, including Exhibits 1 through 5.

2. In preparing for the hearing set for Thursday, April 22, counsel discovered that he had neglected to include Plaintiff's Amended Responses to TDCC's Request for Production of Documents, which is attached hereto as **Exhibit 6**.

Date: April 20, 2021

                                                  /s/
                                  Andrew Gendron (Bar No. 5111)
                                  andrew.gendron@lewisbrisbois.com
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP
                                  100 Light Street, Suite 1300
                                  Baltimore, MD 21202
                                  (t)  410.525.6414
                                  (f)  410.779.3910

                                  *Attorney for TDCC*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on this 20th day of April, 2021, I caused a copy of the foregoing paper to be served via the Court's CM/ECF system on all counsel of record.

                  _____/s/_____
                  Andrew Gendron

4831-4341-9878.1